# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUIMIN CUI,<br><br>                    Plaintiff,<br>vs.<br><br>ALBERTO GONZALES, United States Attorney General, U.S. Department of Justice, et al.<br><br>                    Defendants. | CASE NO. 07CV0937-LAB (AJB)<br><br>**ORDER OF DISMISSAL** |

On June 11, 2007, Plaintiff Huimin Cui filed her notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a). No other parties have appeared in this case. Therefore, this action is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

DATED: June 13, 2007

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge